YANCEY v. WATKINS

No. 445.

Case below:  2 N.C. App. 672.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 21 January 1969.